Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 ✓
JS-2/JS-3 _____
Scan Only _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PHOENIX MODULAR ELEVATOR, INC., | ) Case No. CV-14-339 RGK (PLAx)<br>) Hon. R. Gary Klausner |
| Plaintiff, | )<br>) [~~PROPOSED~~] ORDER |
| v. | ) |
| T.L. SHIELD & ASSOCIATES, INC. and MODULAR ELEVATOR MANUFACTURING, INC., | ) Complaint Filed:  January 15, 2014<br>) Trial Date:  February 17, 2015 |
| Defendants. | ) |

The Court, having considered Plaintiff Phoenix Modular Elevator, Inc.'s ("Phoenix") Unopposed Motion to Dismiss, and finding good cause, **HEREBY GRANTS** the Unopposed Motion to Dismiss and **ORDERS** that that all claims asserted by Phoenix against Defendants T.L. Shield & Associates, Inc. and Modular Elevator Manufacturing, Inc. are **DISMISSED** due to lack of subject matter jurisdiction.

**IT IS SO ORDERED**

DATED   DEC 1 6 2014
_____

_____
Hon. R. Gary Klausner
UNITED STATES DISTRICT JUDGE